UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY PARKS, | NO: 2:19-CV-0142-TOR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| NOELLIE GENTLE, | |
| Defendant. | |

On May 3, 2019, Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, while a prisoner at the Airway Heights Corrections Center. ECF No. 1. He sought leave to proceed *in forma pauperis,* ECF No. 2, but did not comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the **six months** immediately preceding the filing of the complaint.

By letter dated May 3, 2019, the Clerk of Court advised Plaintiff of this and

other deficiencies and asked him to remedy them. ECF No. 3. He did so only in part. On May 10, 2019, Plaintiff supplied an insufficient trust account statement for the single month period of April 2019. ECF No. 4.

On June 17, 2019, this Court ordered Plaintiff to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding May 3, 2019 within **21 days** of the date of that Order. In the alternative, Plaintiff was advised that he could pay the full $400.00 filing fee. Plaintiff was advised that his failure to do so would result in the dismissal of this case. Plaintiff has neither paid the filing fee nor supplied the six-month inmate trust account statement (or institutional equivalent) by the due date, July 8, 2019.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED without prejudice** for failure to comply with the filing fee or *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and **close** the file.

**DATED** July 26, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2